# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

PELEGE FAUSTIN,

                Plaintiff,                23 **CIVIL** 8323 (DLC)

    -against-                        **JUDGMENT**

THE NEW YORK AND PRESBYTERIAN
HOSPITAL, et al.,

                Defendants.

-----------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 25, 2025, defendants' February 21, 2025 motion for summary judgment is granted. Accordingly, the case is closed.

**Dated:** New York, New York

      June 26, 2025

                                        **TAMMI M. HELLWIG**

                                        _____

                                            **Clerk of Court**

                          **BY:**    _____

                                             **Deputy Clerk**